JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jing Liu et al, | Case No.  2:23-cv-00692-RGK-Ex |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Ur M. Jaddou, | |
| Defendant(s). | |

On April 10, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [8] ("OSC"), which extended defendant's time to respond to the complaint to April 14, 2023 and set a deadline of April 17, 2023, for Plaintiff to file a request for clerk to enter default absent a timely response to the complaint.  To date, neither a response to the complaint nor a request for entry of default by clerk has been filed.  The Court finds no good cause for the lack of response by Plaintiff orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 18, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE